PATENT

FILED' 10 AUG 12 16:04USDC-ORP

GEORGE A. RILEY (*pro hac vice application forthcoming*) griley@omm.com
MARK E. MILLER (*pro hac vice pending*) markmiller@omm.com
LUANN L. SIMMONS (*pro hac vice pending*) lsimmons@omm.com
MICHAEL SAPOZNIKOW (*pro hac vice pending*) msapoznikow@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone (415) 984-8700
Facsimile (415) 984-8701

JAMES E. GERINGER (OSB No. 951783) james.geringer@klarquist.com
PATRICK M. BIBLE (OSB No. 020323) patrick.bible@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301

Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| MENTOR GRAPHICS CORPORATION, an Oregon corporation, <br><br> Plaintiff, <br><br> v. <br><br> EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING, SA., formed under the laws of France, <br><br> Defendants. | Civil Action No. **CV'10** - **954 HU** <br><br> **COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |

#35 213

PATENT

Plaintiff Mentor Graphics Corporation ("Mentor Graphics") hereby alleges in its Complaint against Defendants EVE-USA, Inc. and Emulation and Verification Engineering, SA (collectively, "Defendants") as follows, on information and belief:

## PARTIES

1.      Mentor Graphics is a corporation organized and existing under the laws of the State of Oregon, with a principal place of business at 8005 SW Boeckman Road, Wilsonville, Oregon 97070. Mentor Graphics is an industry leader in functional design and verification. Mentor Graphics has provided the world's leading circuit design companies with mission-critical design and verification tools for over two decades. As an industry leader, Mentor Graphics has introduced numerous innovations in the design and verification field, including but not limited to those covered by United States Patents No. 6,876,962 (the '962 Patent).

2.      EVE-USA, Inc. is a corporation organized and existing under the laws of Delaware, with a principal office in San Jose, California.

3.      Emulation and Verification Engineering, SA ("EVE") is a French corporation headquartered in Palaiseau, France.

4.      EVE-USA, Inc. is a wholly-owned subsidiary of EVE.

5.      EVE-USA, Inc. and EVE jointly develop, market and support the "ZeBu" series of verification, emulation and acceleration systems.

6.      The "ZeBu" series of emulation systems is marketed and sold in competition with verification, emulation and acceleration systems designed, manufactured, marketed, and sold by Mentor Graphics.

## JURISDICTION AND VENUE

7.      This action arises under the patent laws of the United States, Title 35 of the United States Code, including, but not limited to, 35 U.S.C. § 271.

8.      This court has original jurisdiction over patent infringement claims under 28 U.S.C. §§ 1331 and 1338(a).

9.      EVE-USA, Inc. has committed acts of patent infringement in this District.

10.    EVE-USA, Inc.'s contacts with this District are sufficient to subject it to the personal jurisdiction of this court.

11.    EVE has committed acts of patent infringement in this District.

12.    EVE's contacts with this District are sufficient to subject it to the personal jurisdiction of this court.

13.    Defendants have sold and/or offered to sell ZeBu emulation system products, including ZeBu Server products, in this District.

14.    Defendants have offered product support for ZeBu emulation systems, including ZeBu Server, in this District.

15.    Venue is proper in this Court under 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

## GENERAL ALLEGATIONS

16.    The '962 Patent is titled "Method And Apparatus For Concurrent Emulation Of Multiple Circuit Designs On An Emulation System," and issued on April 5, 2005. A copy of the '962 Patent is attached as Exhibit A to this Complaint.

17.    Mentor Graphics owns all right, title and interest in the '962 Patent.

18.    Mentor Graphics offered to license Defendants under Mentor's rights in the infringed invention in March of 2005.  Defendants did not accept this offer.  On information and belief, Defendants thereafter  nevertheless deliberately incorporated the inventions claimed in the '962 Patent, with knowledge of the issuance of that patent, in at least Defendants' ZeBu Server emulation systems, without authority or license from Mentor Graphics.

## COUNT I - PATENT INFRINGEMENT

19.    Mentor Graphics repeats and realleges each and every allegation contained in the preceding paragraphs, with the same force and effect as if repeated in full here.

20.    Defendants have infringed the '962 Patent by, inter alia, making, using, selling, offering for sale, importing, and supporting Defendants' "ZeBu" series of verification, emulation and acceleration systems in the United States, including at least "ZeBu Server."

21.    Defendants have infringed and continue to infringe the '962 Patent by

- 2 -

making, using, selling, offering for sale, and/or importing infringing products, without authority or license from Mentor Graphics, in violation of 35 U.S.C. § 271(a).

22.    Defendants have induced others to infringe one or more claims of the '962 Patent in violation of 35 U.S.C. § 271(b).

23.    Defendants have contributorily infringed one or more claims of the '962 Patent in violation of 35 U.S.C. § 271(c).

24.    Mentor Graphics has suffered damages as a result of Defendants' infringement of the '962 Patent.

25.    Defendants have been aware of the existence of the application that issued as the '962 Patent and its subject matter at least since March 31, 2004.  Defendants' infringement, therefore, has been and continues to be willful.

26.    Defendants will continue to infringe, induce others to infringe, and/or engage in contributory infringement of the '962 Patent unless enjoined by the Court.

27.    Defendants' acts of infringement have caused and, unless enjoined by this Court, will continue to cause Mentor Graphics to sustain irreparable damage, loss and injury, for which Mentor Graphics has no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Mentor Graphics prays for judgment against Defendants as follows:

1.    Preliminarily and permanently enjoining Defendants, their officers, agents, servants, and employees, and all persons acting in concert with them, and each of them, from infringing, inducing others to infringe, and/or engaging in contributory infringement of the '962 Patent;

2.    Awarding Mentor Graphics damages based on Defendants' infringement of the '962 Patent, in an amount according to proof, and trebling same by reason of the willful, wanton, and deliberate nature of such infringement;

3.    Declaring that this is an exceptional case under 35 U.S.C. § 285 and

- 3 -

awarding Mentor Graphics its attorneys' fees and costs in this action;

        4.     Assessing prejudgment interest on damages; and,

        5.     Awarding Mentor Graphics such other and further relief as the Court

deems just and equitable.

**DEMAND FOR JURY TRIAL**

Mentor Graphics hereby demands trial by jury of all issues so triable under the

law.

Dated:    August 12, 2010

s/ *James E. Riley*

George A. Riley (*pro hac vice application forthcoming*) griley@omm.com
Mark E. Miller (*pro hac vice pending*)
markmiller@omm.com
Luann L. Simmons (*pro hac vice pending*)
lsimmons@omm.com
Michael Sapoznikow (*pro hac vice pending*)
msapoznikow@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone (415) 984-8700
Facsimile (415) 984-8701

James E. Geringer, OSB No. 951783
james.geringer@klarquist.com
Patrick M. Bible, OSB No. 020323
patrick.bible@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301

Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION