Dennis P. Rawlinson, P.C. OSB No. 763028
dennis.rawlinson@millernash.com
Justin C. Sawyer, P.C. OSB No. 014057
justin.sawyer@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
ATTORNEYS FOR DEFENDANTS EVE-USA, INC. AND EMULATION
AND VERIFICATION ENGINEERING, SA

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | Civil Case No.  3:10-cv-954-MO |
| | Civil Case No.  3:12-cv-01500-MO |
| Plaintiff(s), | APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* |
| v. | |
| EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING S.A., formed under the laws of France, | |
| Defendant(s). | |

Attorney  Gino Cheng  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name:  Cheng  Gino
(Last Name)  (First Name)  (MI)  (Suffix)

Firm or Business Affiliation:  Orrick, Herrington & Sutcliffe LLP

Mailing Address:  2050 Main Street, Suite 1100

City: Irvine  State: CA  Zip: 92614

Phone Number: 949-567-6700  Fax Number: 949-567-6710

Business E-mail Address: gcheng@orrick.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)     State bar admission(s), date(s) of admission, and bar ID number(s):

        State Bar of California - Active

        Bar ID No. 259208

        Date of Admission: 12/02/2008

    (b)     Other federal court admission(s), date(s) of admission, and bar ID number(s):

        U.S. District Court, Central District of California - 02/02/2009, Bar ID No: 259208

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)   ☑   I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)   ☐   I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 10,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 19th day of November, 2012

_____
*(Signature of Pro Hac Counsel)*

Gino Cheng
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 26th day of November, 2012

_____
*(Signature of Local Counsel)*

Name: Sawyer, Justin, C.
        (Last Name)   (First Name)   (MI)   (Suffix)

Oregon State Bar Number: 014057
Firm or Business Affiliation: Miller Nash LLP
Mailing Address: 111 SW Fifth Avenue, Suite 3400
City: Portland    State: OR    Zip: 97204
Phone Number: 503-205-2406    Business E-mail Address: justin.sawyer@millernash.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge