JAMES E. GERINGER (OSB No. 951783) – james.geringer@klarquist.com
PATRICK M. BIBLE (OSB No. 020323) – patrick.bible@klarquist.com
MARK W. WILSON (OSB No. 091596) – mark.wilson@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301

GEORGE A. RILEY (*pro hac vice*) – griley@omm.com
MARK E. MILLER (*pro hac vice*) – markmiller@omm.com
MICHAEL SAPOZNIKOW (*pro hac vice*) – msapoznikow@omm.com
ELIZABETH OFFEN-BROWN (*pro hac vice*) – eoffenbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **MENTOR GRAPHICS CORPORATION**, an Oregon corporation,<br><br>         **PLAINTIFF**,<br><br>         v.<br><br>**EVE-USA, INC.**, a Delaware Corporation, and **EMULATION AND VERIFICATION ENGINEERING, S.A.**, formed under the laws of France,<br><br>         **DEFENDANTS**. | Civil Action No. 3:10-CV-954-MO<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

NOTICE OF WITHDRAWAL OF ATTORNEY
CASE NO. 3:10-CV-954-MO

TO:  THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that Kristin Hall is hereby withdrawn as counsel of record in this matter.

Dated: November 30, 2012

            GEORGE A. RILEY
            MARK E. MILLER
            MICHAEL SAPOZNIKOW
            ELIZABETH OFFEN-BROWN
            O'MELVENY & MYERS


            By */s/ Mark E. Miller*
              Mark E. Miller
            Attorneys for Plaintiff Mentor Graphics Corporation