11.27.12
local counsel BW OK
pro hac - CA Bar OK

Dennis P. Rawlinson, P.C. OSB No. 763028
dennis.rawlinson@millernash.com
Justin C. Sawyer, P.C. OSB No. 014057
justin.sawyer@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
ATTORNEYS FOR DEFENDANTS EVE-USA, INC. AND EMULATION
AND VERIFICATION ENGINEERING, SA

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

MENTOR GRAPHICS CORPORATION, an Oregon Corporation,

Plaintiff(s),

v.

EVE-USA, INC., a Delaware Corporation, and

EMULATION AND VERIFICATION ENGINEERING S.A., formed under the laws of France,

Defendant(s).

Civil Case No. 3:10-cv-954-MO
Civil Case No. 3:12-cv-01500-MO

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney  Indra Neel Chatterjee  , requests special admission *pro hac vice* in the above-captioned case.

Certification of Attorney Seeking *Pro Hac Vice* Admission: I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Chatterjee          Indra               Neel
      (Last Name)         (First Name)        (MI)        (Suffix)

Firm or Business Affiliation: Orrick, Herrington & Sutcliffe LLP

Mailing Address: 1000 Marsh Road

City: Menlo Park        State: CA        Zip: 94025-1021

Phone Number: 650-614-7400        Fax Number: 650-614-7401

Business E-mail Address: nchatterjee@orrick.com

#0979-3107244

(2) **BAR ADMISSIONS INFORMATION:**

   (a) State bar admission(s), date(s) of admission, and bar ID number(s):

      State Bar of California - Active

      Bar ID No. 173985

      Date of Admission: 12/19/1994

   (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):

      U.S. District Court, Central District of California - 03/18/2003 - Bar ID No. 173985

      U.S. District Court, Northern District of California - 12/19/1994 - Bar ID No. 173985

      U.S. District Court, Southern District of California - 04/02/2008 - Bar ID No. 173985

      CA Court of Appeals, 9th Circuit - 06/05/2012

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 10,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 21 day of November, 2012

_____
(Signature of Pro Hac Counsel)

I. Neel Chatterjee
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 26th day of November, 2012

_____
(Signature of Local Counsel)

Name: Sawyer, Justin C.
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 014057
Firm or Business Affiliation: Miller Nash LLP
Mailing Address: 111 SW Fifth Avenue, Suite 3400
City: Portland   State: OR   Zip: 97204
Phone Number: 503-205-2406   Business E-mail Address: justin.sawyer@millernash.com

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 29 day of Nov., 2012

_____
Judge