11-26-12
local counsel? Barol
☒ Pro Hac
CA Bar-OL

Dennis P. Rawlinson, P.C. OSB No. 763028
dennis.raw1iuson@millernash.com
Justin C. Sawyer, P.C. OSB No. 014057
justin.sawyer@millemash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. FifthAvenue
Portland, OR 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
ATTORNEYS FOR DEFENDANTS EVE-USA, INC. AND EMULATION
AND VERIFICATION ENGINEERING, SA

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

| | |
|---|---|
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | Civil Case No. 3:10-cv-954-MO |
| | Civil Case No. 3:12-cv-01500-MO |
| Plaintiff(s), | APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* |
| v. | |
| EVE-USA, INC. a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING S.A., formed under the laws of France, | |
| Defendant(s). | |

Attorney  William H. Wright  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Wright        William        H.
      (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: Orrick, Herrington & Sutcliffe LLP
Mailing Address: 777 S. Figueroa Street, Suite 3200
City: Los Angeles        State: CA        Zip: 90017
Phone Number: 213-629-2020        Fax Number: 213-612-2499
Business E-mail Address: wwright@orrick.com

#0979-3106545

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
    State Bar of California - Active

    Bar ID No. 161580

    Date of Admission: 12/14/1992

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
    U.S. District Court, Central District of California - March 13, 1993 - Bar ID No. 161580

    U.S. District Court, Southern District of California - Dec. 15, 2006 - Bar ID No. 161580

    See Attachment A for additional information

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 10,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this __19TH__ day of __NOVEMBER__, __2012__

_____
(Signature of Pro Hac Counsel)
William H. Wright
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __26th__ day of __November__, __2012__

_____
(Signature of Local Counsel)

Name: __Sawyer__          __Justin__               __C.__
      (Last Name)         (First Name)            (MI)     (Suffix)

Oregon State Bar Number: __014057__
Firm or Business Affiliation: __Miller Nash LLP__
Mailing Address: __111 SW Fifth Avenue, Suite 3400__
City: __Portland__          State: __OR__     Zip: __97204__
Phone Number: __503-205-2406__   Business E-mail Address: __justin.sawyer@millernash.com__

---

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this __29__ day of __Nov.__, __2012__

_____
Judge

---

## ATTACHMENT A
## APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*
William H. Wright

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
| --- | --- |
| U.S. District Court, Central District of California | March 13, 1993 |
| U.S. District Court, Northern District of California | January 21, 1998 |
| U.S. District Court, Southern District of California | December 15, 2006 |
| U.S. District Court, Eastern District of Texas | August 30, 2007 |
| U.S. District Court, Western District of Wisconsin | December 2010 |
| U.S. Court of Appeals – Ninth Circuit | March 13, 1993 |
| U.S. Court of Appeals – Federal Circuit | October 17, 2003 |