Dennis P. Rawlinson, P.C. OSB No. 763028
dennis.rawlinson@millernash.com
Justin C. Sawyer, P.C. OSB No. 014057
justin.sawyer@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
ATTORNEYS FOR DEFENDANTS EVE-USA, INC. AND EMULATION
AND VERIFICATION ENGINEERING, SA

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| Mentor Graphics Corporation, an Oregon Corporation, | Civil Case No. 3:10-cv-954-MO |
| | Civil Case No. 3:12-cv-01500-MO |
| **Plaintiff(s),** | APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* |
| v. | |
| EVE-USA, Inc. a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING S.A., formed under the laws of France, **Defendant(s).** | |

Attorney ___Vickie L. Feeman___ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name:  ___Feeman___    ___Vickie___    ___L.___    _____
         (Last Name)      (First Name)     (MI)    (Suffix)

Firm or Business Affiliation: ___Orrick Herrington & Sutcliffe LLP___

Mailing Address: ___1000 Marsh Road___

City: ___Menlo Park___    State: ___CA___    Zip: ___94025-1015___

Phone Number: ___(650) 614-7400___    Fax Number: ___(650) 614-7401___

Business E-mail Address: ___vfeeman@orrick.com___

---

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

        State Bar of California - Active

        Bar number: 177487

        Date of Admission: 07/19/1995

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

        U.S. District Courts of California: Central District-10/29/98, Northern District, 10/16/98

        Eastern District-09/17/01, Southern District-05/12/05; Fed. Circuit Court of Appeals-

        06/10/97; Sup. Court-08/04/00; DC Ct. of Appeals-02/07/97

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 10,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.,

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 15th day of January, 2013

_____
(Signature of Pro Hac Counsel)

Vickie L. Feeman
_____
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 16th day of January, 2013

_____
(Signature of Local Counsel)

Name: Sawyer                    Justin                    C.
      (Last Name)               (First Name)              (MI)       (Suffix)

Oregon State Bar Number: 014057

Firm or Business Affiliation: Miller Nash LLP

Mailing Address: 111 SW Fifth Avenue, Suite 3400

City: Portland                  State: OR       Zip: 97204

Phone Number: 503-224-5858      Business E-mail Address: justin.sawyer@millernash.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---

I hereby certify that I served the foregoing Application for Special Admission - Pro Hac Vice for Vickie L. Freeman on:

| | |
|---|---|
| Mr. James E. Geringer<br>Mr. Mark W. Wilson<br>Mr. Patrick M. Bible<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>Telephone: (503) 595-5300<br>Fax: (503) 595-5301<br>E-mail: james.geringer@klarquist.com<br>mark.wilson@klarquist.com<br>patrick.bible@klarquist.com<br><br>Attorneys for Plaintiff<br>Mentor Graphics Corporation | Mr. George A. Riley (*pro hac vice*)<br>Mr. Mark E. Miller (*pro hac vice*)<br>Ms. Kristin Hall (*pro hac vice*)<br>Ms. Luann L. Simmons (*pro hac vice*)<br>Mr. Michael Sapoznikow (*pro hac vice*)<br>Ms. Elizabeth Offen-Brown (*pro hac vice*)<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Telephone: (415) 984-8700<br>Fax: (415) 984-8701<br>E-mail: griley@omm.com<br>markmiller@omm.com<br>khall@omm.com<br>lsimmons@omm.com<br>msapoznikow@omm.com<br>eoffen-brown@omm.com |

by the following indicated method or methods on the date set forth below:

[X]  **CM/ECF system transmission.**

[ ]  **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

[ ]  **First-class mail, postage prepaid.**

[ ]  **Hand-delivery. (Klarquist Sparkman, LLP only.)**

[ ]  **Overnight courier, delivery prepaid. (O'Melveny & Myers LLP only.)**

DATED this 16th day of January, 2013.

_____
Justin C. Sawyer, OSB No. 014057

*Attorneys for Defendants*
EVE-USA, Inc., and Emulation and Verification Engineering, SA.

Page 1 -   Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699