Dennis P. Rawlinson, P.C. OSB No. 763028
dennis.rawlinson@millernash.com
Justin C. Sawyer, P.C. OSB No. 014057
justin.sawyer@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
ATTORNEYS FOR DEFENDANTS EVE-USA, INC. AND EMULATION
AND VERIFICATION ENGINEERING, SA

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| Mentor Graphics Corporation, an Oregon Corporation, | Civil Case No. 3:10-cv-954-MO |
| | Civil Case No. 3:12-cv-01500-MO |
| Plaintiff(s), | APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* |
| v. | |
| EVE-USA, Inc. a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING S.A., formed under the laws of France, | |
| **Defendant(s).** | |

Attorney **Scott D. Lindlaw** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Lindlaw (Last Name)    Scott (First Name)    D. (MI)    (Suffix)

Firm or Business Affiliation: Orrick Herrington & Sutcliffe LLP

Mailing Address: 1000 Marsh Road

City: Menlo Park    State: CA    Zip: 94025-1015

Phone Number: (650) 614-7400    Fax Number: (650) 614-7401

Business E-mail Address: slindlaw@orrick.com

(2) **BAR ADMISSIONS INFORMATION:**

 (a) State bar admission(s), date(s) of admission, and bar ID number(s):

  State Bar of California - Active

  Bar number: 282625

  Date of Admission: 06/01/2012

 (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):

  U.S. District Court, Northern District of California - 06/22/2012

  U.S. Court of Appeals, Ninth District, 06/12/2012

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

 (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

 (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 10,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.,

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 15th day of JANUARY, 2013

_____
(Signature of Pro Hac Counsel)

Scott D. Lindlaw
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 16th day of January, 2013

_____
(Signature of Local Counsel)

Name: Sawyer (Last Name)    Justin (First Name)    C. (MI)    (Suffix)

Oregon State Bar Number: 014057

Firm or Business Affiliation: Miller Nash LLP

Mailing Address: 111 SW Fifth Avenue, Suite 3400

City: Portland    State: OR    Zip: 97204

Phone Number: 503-224-5858    Business E-mail Address: justin.sawyer@millernash.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---

I hereby certify that I served the foregoing Application for Special Admission - Pro Hac Vice for Scott D. Lindlaw on:

Mr. James E. Geringer
Mr. Mark W. Wilson
Mr. Patrick M. Bible
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301
E-mail: james.geringer@klarquist.com
       mark.wilson@klarquist.com
       patrick.bible@klarquist.com

Attorneys for Plaintiff
Mentor Graphics Corporation

Mr. George A. Riley (*pro hac vice*)
Mr. Mark E. Miller (*pro hac vice*)
Ms. Kristin Hall (*pro hac vice*)
Ms. Luann L. Simmons (*pro hac vice*)
Mr. Michael Sapoznikow (*pro hac vice*)
Ms. Elizabeth Offen-Brown (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Fax: (415) 984-8701
E-mail: griley@omm.com
       markmiller@omm.com
       khall@omm.com
       lsimmons@omm.com
       msapoznikow@omm.com
       eoffen-brown@omm.com

by the following indicated method or methods on the date set forth below:

- [x] **CM/ECF system transmission.**

- [ ] **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

- [ ] **First-class mail, postage prepaid.**

- [ ] **Hand-delivery. (Klarquist Sparkman, LLP only.)**

- [ ] **Overnight courier, delivery prepaid. (O'Melveny & Myers LLP only.)**

DATED this 16th day of January, 2013.

_____
Justin C. Sawyer, OSB No. 014057
*Attorneys for Defendants*
EVE-USA, Inc., and Emulation and Verification Engineering, SA.

Page 1 -    Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699