**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209
Telephone:  503.727.2000

**I. Neel Chatterjee** (*pro hac vice*)
nchatterjee@orrick.com
**William H. Wright** (*pro hac vice*)
wwright@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  650.614.7400

Attorneys For Defendants and Counter-Claimants/Plaintiffs Synopsys, Inc.; Synopsys Emulation and Verification S.A.; and EVE-USA, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **MENTOR GRAPHICS CORPORATION**, an Oregon corporation,<br>          Plaintiff and Counter-Defendant,<br>                    v.<br>**EVE-USA, INC.**, a Delaware corporation, and **SYNOPSYS EMULATION AND VERIFICATION S.A.,** formed under the laws of France,<br>          Defendants and Counter-Claimants. | Case No. 3:10-cv-00954-MO (Lead)<br>Case No. 3:12-cv-01500-MO<br>Case No. 3:13-cv-00579-MO<br><br>**DECLARATION OF SCOTT LONARDO IN SUPPORT OF SYNOPSYS' OMNIBUS MOTION *IN LIMINE*** |
| **SYNOPSYS, INC.,** a Delaware corporation, **EVE-USA, INC.,** a Delaware corporation, and **SYNOPSYS EMULATION AND VERIFICATION S.A.,** formed under the laws of France,<br>          Plaintiffs and Counter-Defendants,<br>                    v.<br>**MENTOR GRAPHICS CORPORATION**, an Oregon corporation.<br>          Defendant and Counter-Claimant. | |

DECLARATION OF SCOTT LONARDO IN SUPPORT OF SYNOPSYS'
OMNIBUS MOTION *IN LIMINE*

I, SCOTT LONARDO, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of the State of California, admitted *pro hac vice* in the District of Oregon, and an associate attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, attorneys for Synopsys, Inc., EVE-USA, Inc., and Synopsys Emulation and Verification S.A. (collectively "Synopsys"), a party to the above-captioned action. I make this declaration based on personal knowledge, and if called as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 1 is a true and correct copy of correspondence from the Court to Counsel regarding the Court's Order of August 19, 2014, Docket No. 591.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Opening Expert Report of Dr. Stephen Degnan, dated April 22, 2014. **FILED UNDER SEAL.**

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the June 18, 2014 deposition of Stephen Degnan. **FILED UNDER SEAL.**

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Reply Report of Dr. Stephen Degnan, dated June 2, 2014. **FILED UNDER SEAL.**

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Mentor's First Supplemental Responses to Synopsys's Ninth Set of Interrogatories (Nos. 59 – 61, 64 – 67), dated January 21, 2014. **FILED UNDER SEAL.**

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Mentor's Objections and Responses to Synopsys' Third Notice of Rule 30(b)(6) Deposition, dated December 11, 2013.

1- DECLARATION OF SCOTT LONARDO IN SUPPORT OF SYNOPSYS' OMNIBUS MOTION *IN LIMINE*

8.	Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the December 12, 2013 deposition of James Kenney.  **FILED UNDER SEAL.**

9.	Attached hereto as Exhibit 8 is a true and correct copy of Mentor's Corrected Third Supplemental Initial Disclosures, dated June 4, 2014.

10.	Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the June 3, 2014 deposition of Donald Cantow in Case No. 3:12-CV-06467-MMC (N.D. Cal.).  **FILED UNDER SEAL.**

11.	Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the December 19, 2013 deposition of Gabriele Pulini.  **FILED UNDER SEAL.**

12.	Attached hereto as Exhibit 11 is a true and correct copy of Synopsys' Tenth Set of Interrogatories to Mentor (No. 68).

13.	Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Mentor's Objections and Responses to Synopsys's Tenth Set of Interrogatories (No. 68), dated October 22, 2013.

14.	Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Opening Expert Report of Dr. Sarrafzadeh Regarding Asserted Mentor Graphics Patents, dated April 22, 2014.  **FILED UNDER SEAL.**

15.	Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Reply Expert Report of Dr. Sarrafzadeh, dated June 2, 2014.  **FILED UNDER SEAL.**

16.	Attached hereto as Exhibit 15 is a true and correct copy of excerpts from Mentor's Infringement Claim Charts, dated March 17, 2014.  **FILED UNDER SEAL.**

2-	DECLARATION OF SCOTT LONARDO IN SUPPORT OF SYNOPSYS'
	OMNIBUS MOTION *IN LIMINE*

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of the April 9, 2014 deposition of Vivek Prasad. **FILED UNDER SEAL.**

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from Mentor's Infringement Claim Charts dated October 23, 2006 in *Mentor Graphics Corp. v. EVE-USA, Inc.*, Case No. 6:06-cv-341-AA (D. Or.).

19. Attached hereto as Exhibit 18 is a true and correct copy of a document bearing Bates numbers MENT_E029840 to MENT_E029849 produced in *Mentor Graphics Corp. v. EVE-USA, Inc.*, Case No. 6:06-cv-341-AA (D. Or.) and cited in Mentor's Infringement Claim Charts dated October 23, 2006 in that case.

20. Attached hereto as Exhibit 19 is a true and correct copy of a chart showing documents Mentor identifies as those Dr. Sarrafzadeh relied upon in preparing his opening expert report.

21. Attached hereto as Exhibit 20 is a true and correct copy of an order in *Edwards Lifesciences LLC v. Medtronic Corevalve LLC*, No. 1:12-cv-0023-GMS, Dkt. No. 151 (D. Del. Jan. 2, 2014).

22. Attached hereto as Exhibit 21 is a true and correct copy of a document bearing Bates numbers 954MENT-0764189 to 954MENT-0764195. **FILED UNDER SEAL.**

23. Attached hereto as Exhibit 22 is a true and correct copy of a document bearing Bates numbers 954MENT-0764791 to 954MENT-0764824.

24. Attached hereto as Exhibit 23 is a true and correct copy of a document bearing Bates numbers 954MENT-0764832 to 954MENT-0764849.

3- DECLARATION OF SCOTT LONARDO IN SUPPORT OF SYNOPSYS'
 OMNIBUS MOTION *IN LIMINE*

25. Attached hereto as Exhibit 24 is a true and correct copy of a document bearing Bates numbers 954MENT-0764770 to 954MENT-0764790.

26. Attached hereto as Exhibit 25 is a true and correct copy of a document bearing Bates numbers 954MENT-0764427 to 954MENT-0764493.

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the transcript of the December 13, 2013 deposition of Luc Burgun.  **FILED UNDER SEAL.**

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the Opening Report of Suzanne Stuckwisch, dated April 22, 2014.  **FILED UNDER SEAL.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed in Menlo Park, California on September 10, 2014.

                                                 */s/Scott Lonardo*
                                                 Scott Lonardo