**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209
Telephone:  503.727.2000

**I. Neel Chatterjee** (*pro hac vice*)
nchatterjee@orrick.com
**William H. Wright** (*pro hac vice*)
wwright@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  650.614.7400

Attorneys for Defendants and Counter-Claimants/Plaintiffs Synopsys, Inc.; Synopsys Emulation and Verification S.A.; and EVE-USA, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **MENTOR GRAPHICS CORPORATION**, an Oregon corporation,<br>    Plaintiff and Counter-Defendant,<br>        v.<br>**EVE-USA, INC.**, a Delaware corporation, and **SYNOPSYS EMULATION AND VERIFICATION S.A.,** formed under the laws of France,<br>    Defendants and Counter-Claimants. | Case No. 3:10-cv-00954-MO (Lead)<br>Case No. 3:12-cv-01500-MO<br>Case No. 3:13-cv-00579-MO<br><br>**SYNOPSYS' OBJECTIONS TO DRAFT JURY INSTRUCTIONS AND VERDICT FORM, PROPOSED INSTRUCTIONS AND PROPOSED VERDICT FORM**<br><br>By Synopsys, Inc.; EVE-USA, Inc.; and Synopsys Emulation and Verification S.A. |
| **SYNOPSYS, INC.,** a Delaware corporation, **EVE-USA, INC.,** a Delaware corporation, and **SYNOPSYS EMULATION AND VERIFICATION S.A.,** formed under the laws of France,<br>    Plaintiffs and Counter-Defendants,<br>        v.<br>**MENTOR GRAPHICS CORPORATION**, an Oregon corporation.<br>    Defendant and Counter-Claimant. | |

**SYNOPSYS' OBJECTIONS TO DRAFT JURY INSTRUCTIONS AND VERDICT FORM, PROPOSED INSTRUCTIONS AND PROPOSED VERDICT FORM**

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Attached please find the following, originally sent to the Court via email on September 25, 2014, which Synopsys now files for the sake of completeness of the record:

- Exhibit A - Synopsys' Objections to Draft Preliminary Jury Instructions, Draft Final Jury Instruction and Verdict Form;

- Exhibit B – Synopsys' Proposed Jury Instructions.  A Word version was also submitted to the Court; and

- Exhibit C – Synopsys' [Proposed] Verdict Form.

DATED:  October 1, 2014

By:  *s/ I. Neel Chatterjee*
**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209
Telephone:  503.727.2000
Facsimile:  503.727.2222

**I. Neel Chatterjee** (*pro hac vice*)
nchatterjee@orrick.com
**William H. Wright** (*pro hac vice*)
wwright@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  650.614.7400
Facsimile:  650.614.7401

Attorneys for Defendants and Counter-Claimants/Plaintiffs Synopsys, Inc.; Synopsys Emulation and Verification S.A.; and EVE-USA, Inc.

1- SYNOPSYS' OBJECTIONS TO DRAFT JURY INSTRUCTIONS AND VERDICT FORM, PROPOSED INSTRUCTIONS AND PROPOSED VERDICT FORM

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222