JAMES E. GERINGER (OSB No. 951783)
james.geringer@klarquist.com
PATRICK M. BIBLE (OSB No. 020323)
patrick.bible@klarquist.com
MARK W. WILSON (OSB No. 091596)
mark.wilson@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300

[*Additional counsel listed on following page*]

Attorneys for
MENTOR GRAPHICS CORPORATION

RENEE E. ROTHAUGE (OSB No. 903712)
ReneeRothauge@MarkowitzHerbold.com
CHAD M. COLTON
ChadColton@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
Telephone No. (503) 295-3085

[*Additional counsel listed on following page*]

Attorneys for
SYNOPSYS, INC., SYNOPSYS
EMULATION AND VERIFICATION S.A.,
and EVE-USA, INC.

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **MENTOR GRAPHICS CORPORATION,** an Oregon corporation,<br><br>**Plaintiff and Counter-Defendant,**<br>v.<br>**EVE-USA, INC.**, a Delaware corporation, and **SYNOPSYS EMULATION AND VERIFICATION S.A.**, formed under the laws of France,<br><br>**Defendants and Counter-Plaintiffs.** | Civil Action No. 3:10-CV-954-MO (LEAD)<br>Civil Action No. 3:12-CV-1500-MO<br>Civil Action No. 3:13-CV-579-MO<br><br>**ORDER ON MOTION FOR DISSOLUTION OF INJUNCTION, DISCHARGE OF SUPERSEDEAS BOND, AND DISMISSAL WITH PREJUDICE** |
| **SYNOPSYS, INC.**, a Delaware corporation, **EVE-USA, INC.**, a Delaware corporation, and **SYNOPSYS EMULATION AND VERIFICATION S.A.**, formed under the laws of France,<br><br>**Plaintiffs and Counter-Defendants,**<br>v.<br>**MENTOR GRAPHICS CORPORATION,** an Oregon corporation,<br><br>**Defendant and Counter-Plaintiff.** | |

*Additional Counsel*

MARK E. MILLER (pro hac vice)
markmiller@omm.com
LUANN L. SIMMONS (pro hac vice)
lsimmons@omm.com
GEOFF YOST (pro hac vice)
gyost@omm.com
ANNE E. HUFFSMITH (pro hac vice)
ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:    (415) 984-8700

Attorneys for
MENTOR GRAPHICS CORPORATION

*Additional Counsel*

DANIEL E. REIDY (pro hac vice)
dereidy@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Telephone No. (312) 782-3939

PATRICK T. MICHAEL (pro hac vice)
pmichael@jonesday.com
KRISTA S. SCHWARTZ (pro hac vice)
ksschwartz@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone No. (415) 626-3939

Attorneys for
SYNOPSYS, INC., SYNOPSYS
EMULATION AND VERIFICATION S.A.,
and EVE-USA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

These actions, including all claims asserted therein, are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side bearing its own costs, expenses and attorney fees.

The Permanent Injunction (Dkt. No. 844-1) is hereby dissolved and is no longer in force or of any effect.

The Supersedeas Bond (Dkt Nos. 873, 874) and Supplemental Supersedeas Bond (Dkt. No. 887) provided by the Defendants are hereby discharged, and the obligations of the Principals (Synopsys, Inc., EVE-USA, Inc., Synopsys Emulation and Verification S.A.) and the Surety (RLI Insurance Company) under the bond are hereby released and are no longer in effect.

Dated: July 20, 2018

MICHAEL W. MOSMAN
Chief United States District Judge